UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ13-255 |
| Plaintiff, | NDCA NO. CR10-764 PJH |
| v. | |
| MARK HANES, | DETENTION ORDER |
| Defendant. | |

<u>Offense charged</u>:   Failure to Appear – Supervised Release Violation

<u>Date of Detention Hearing</u>:   May 17, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant was arrested pursuant to a warrant issued by the U.S. District Court

DETENTION ORDER
PAGE -1

for the Northern District of California, Case No. CR10-764 PJH, alleging failure to appear for a supervised release violation hearing in that District.

2. Defendant has waived an identity hearing and requested transfer to the NDCA to address the alleged violations.

3. Defendant does not request release at this time.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, and to the United States Marshal.

/ / /

/ / /

01          DATED this 17th day of May, 2013.

02

03

04                                                    _____
                                                      Mary Alice Theiler
05                                                    United States Magistrate Judge

DETENTION ORDER
PAGE -3